NOV 17 2006
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEVIN FAGAN,

                         Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, INSPECTOR ROBERT
BOYCE, SERGEANT ROBERT HENDERSON, Shield #
2019, POLICE OFFICER SELWYN FONROSE, POLICE
OFFICER ADAM WRIGHT,

                         Defendants.

-------------------------------------------------------------X

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

06 CV 00408 (HB)

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about January 19, 2006, alleging violations of his constitutional rights and pendent state claims; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

**WHEREAS**, plaintiff Devin Fagan has authorized counsel to settle this matter as against defendants on the terms enumerated below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.     The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amounts specified in paragraphs "2" and "3" below.

- 1 -

2. Defendant City of New York hereby agrees to pay plaintiff the sum of Fourteen Thousand Seven Hundred Fifty Dollars ($14,750.00) in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal with prejudice of all the claims against defendants the City of New York, Raymond Kelly, Robert Boyce, Selywn Fonrose and Adam Wright, and to release all these defendants and any present or former employees or agents of the City of New York and the New York City Police Department, with the exception of Robert Henderson, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Co-defendant Robert Henderson hereby agrees to pay plaintiff the sum of Two Hundred Fifty Dollars ($250.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. Plaintiff also agrees to dismissal of all claims with prejudice against named co-defendant Robert Henderson, and to release this co-defendant and any of his present or former employees or agents, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorneys' fees.

4. Co-defendant Robert Henderson hereby agrees to withdraw all cross-claims and counter-claims against the City of New York, Raymond Kelly, Robert Boyce, Selwyn Fonrose and Adam Wright and release these defendants, and any of their present or former employees or agents, from any claims or rights of action he may have regarding liability, attorneys' fees, costs, expenses, representation, employment, or indemnification.

5. Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a Release based on the terms of paragraph 2 above and an Affidavit of No Liens. Plaintiff shall

also execute and deliver to co-defendant Henderson's attorney all documents necessary to effect this settlement, including, without limitation, a Release based on the terms of paragraph 3 above.

6. Co-defendant Henderson shall execute and deliver to defendant City of New York's attorney a Release based on the terms of paragraph 4 above.

7. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

8. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

9. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      October 18, 2006

Stoll & Glickman, LLP
~~Leo Glickman, Esq.~~ *MARCU B. Stoll*
*Attorneys for Plaintiff*
72 Nevins Street
Brooklyn, NY 11217
(718) 852-0587

By: _____

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorneys for Defendants City, Kelly,
Robert Boyce and Adam Wright*
100 Church Street, Room 3-220
New York, N.Y. 10007
(212) 788-0711

By: _____
LIORA JACOBI [LJ0347]
Special Assistant Corporation Counsel

Worth, Longworth and London, LLP
John Burns, Esq.
*Attorneys for Co-defendant Fonrose*
11 John Street-Suite 640
New York, New York 10038
(212) 964-8038

By: _____
    JOHN BURNS [JB    ]

Quinn & Mellea, LLP
Bruno V. Gioffre, Esq.
*Attorneys for Co-defendant Henderson*
Crosswest Office Center
399 Knollwood Road-Suite 220
White Plains, NY 10603
(914) 997-0555

By: _____
    BRUNO GIOFFRE [BG    ]

SO ORDERED:
_____ 11/17/06
U.S.D.J.

- 4 -

9. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
October 18, 2006

| | |
|---|---|
| Stoll & Glickman, LLP<br>Leo Glickman, Esq.<br>*Attorneys for Plaintiff*<br>72 Nevins Street<br>Brooklyn, NY 11217<br>(718) 852-0587 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>*Attorneys for Defendants City, Kelly, Robert Boyce and Adam Wright*<br>100 Church Street, Room 3-220<br>New York, N.Y. 10007<br>(212) 788-0711 |
| By: _____ [    ] | By: _____<br>LIORA JACOBI [LJ0347]<br>Special Assistant Corporation Counsel |
| Worth, Longworth and London, LLP<br>John Burns, Esq.<br>*Attorneys for Co-defendant Fonrose*<br>11 John Street-Suite 640<br>New York, New York 10038<br>(212) 964-8038 | Quinn & Mellea, LLP<br>Bruno V. Gioffre, Esq.<br>*Attorneys for Co-defendant Henderson*<br>Crosswest Office Center<br>399 Knollwood Road-Suite 220<br>White Plains, NY 10603<br>(914) 997-0555 |
| By: _____<br>JOHN BURNS [JB          ] | By: _____<br>BRUNO GIOFFRE [BG 7548] |

SO ORDERED:
_____ 11/17/06
U.S.D.J.

- 4 -

9. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      October 18, 2006

| | |
|---|---|
| Stoll & Glickman, LLP<br>Leo Glickman, Esq.<br>*Attorneys for Plaintiff*<br>72 Nevins Street<br>Brooklyn, NY 11217<br>(718) 852-0587 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>*Attorneys for Defendants City, Kelly,<br>Robert Boyce and Adam Wright*<br>100 Church Street, Room 3-220<br>New York, N.Y. 10007<br>(212) 788-0711 |
| By: _____<br>                [     ] | By: _____<br>     LIORA JACOBI [LJ0347]<br>     Special Assistant Corporation Counsel |
| Worth, Longworth and London, LLP<br>John Burns, Esq.<br>*Attorneys for Co-defendant Fonrose*<br>11 John Street-Suite 640<br>New York, New York 10038<br>(212) 964-8038 | Quinn & Mellea, LLP<br>Bruno V. Gioffre, Esq.<br>*Attorneys for Co-defendant Henderson*<br>Crosswest Office Center<br>399 Knollwood Road-Suite 220<br>White Plains, NY 10603<br>(914) 997-0555 |
| By: /s/ John W. Burns<br>     JOHN BURNS [JB 1072] | By: _____<br>     BRUNO GIOFFRE [BG    ] |

SO ORDERED: /s/ 11/17/06
_____
U.S.D.J.